UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD LEWIS,

        Plaintiff,

-against-

PERMANENT MISSION OF COTE D'IVOIRE TO THE UNITED NATIONS, and DIARRA ADAMA,

        Defendants.

1:19-cv-01375-MKV

ORDER OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

MARY KAY VYSKOCIL, United States District Judge:

    It having been reported to this Court by Plaintiff's counsel that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 20, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: March 16, 2020**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**